# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT PETERSON,**

      **Plaintiff,**

**v.**                                                          **Case No:   6:19-cv-856-Orl-31LRH**

**APRIA HEALTHCARE GROUP, INC.,**

      **Defendant.**

_____

## ORDER

Upon consideration of Plaintiff's Notice of Settlement (Doc. 31), it is

**ORDERED** that this case is stayed as to all hearings and pending deadlines, except as herein provided, until further order of the Court.   The motion for preliminary approval of settlement is due April 27, 2020.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 2, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party